In the Matter of FRANK GARCIA, Appellant, v ANTHONY AN-NUCCI, Acting Commissioner, New York State Department of Corrections and Community Supervision, Respondent.

In the Matter of FRANK GARCIA, Appellant, v ANTHONY AN-NUCCI, Acting Commissioner, New York State Department of Corrections and Community Supervision, Respondent.

Submitted October 31, 2016; decided December 22, 2016

Reported below, 2016 NY Slip Op 85097(U).

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.